Order filed January 18, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00285-CV

_____

## TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant

## V.

## JAMES AARON REDDING, Appellee

On Appeal from the 90th District Court

Stephens County, Texas

Trial Court Cause No. CV30682

## ORDER

Ramez F. Shamieh, counsel for appellee, has filed a motion to withdraw as counsel pursuant to TEX. R. APP. P. 6.5. Counsel has advised the court that he and appellee, James Aaron Redding, "have reached unforeseen irreconcilable differences" and that counsel can no longer represent appellee in this appeal. The court finds that counsel's motion complies with the requirements of Rule 6.5(a) and that counsel properly forwarded a copy of it to appellee pursuant to Rule 6.5(b).

Ramez F. Shamieh's motion to withdraw is granted. Pursuant to TEX. R. APP. P. 6.3(c), all notices, copies of documents filed with this court, and other communications must be sent to appellee, James Aaron Redding, at the following address:

5555 East Mockingbird Lane Unit 1201
Dallas, Texas 75206

The clerk of this court will forward a copy of this order to appellee at the above address. **Furthermore, appellee is hereby notified that his brief is due for filing in this cause on or before February 21, 2013.**

PER CURIAM

January 18, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.